**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            :
**MAISO L. BRYANT**,                         :
                                            :
      **Plaintiff**,              :
                                            :
   v.                                  :   Civil Action No. 05-250 (GK)
                                            :
**MICHAEL O. LEAVITT**,                      :
                                            :
      **Defendant**.              :
_____:

## ORDER

The matter is now before the Court on Defendant's Motion for Summary Judgment. Having considered the Motion, Opposition, Reply and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is this 22nd day of February, 2007, hereby

**ORDERED**, that Defendant's Motion for Summary Judgment [Dkt. No. 33] is **granted in part** and **denied in part**. The following claims remain in this case: employment discrimination based on race in violation of Title VII, and employment discrimination based on age, in violation of the ADEA; and it is further

**ORDERED**, that a Status Conference is hereby set for **March 9, 2007 at 10:00 a.m.**

                                              /s/_____
                                              Gladys Kessler
                                              United States District Judge

**Copies to**: attorneys on record via ECF